AO 442 (Rev. 11/11) Arrest Warrant

AUSA Christopher V. Parente (312) 886-2447

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| v. | CASE NUMBER: |
| KISHAN MODUGUMUDI<br>also known as "Sreeraj Chennuppati," and "Raju" | UNDER SEAL |

To: The United States Marshal and Any Authorized Officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) KISHAN MODUGUMUDI, also known as "Sreeraj Chennuppati," and "Raju"

who is accused of an offense or violation based on the following document filed with the court:

Complaint

This offense is briefly described as follows:

Importation of aliens for purposes of prostitution in violation of Title 8, United States Code, Section 1328.

Date: April 28, 2018

_____
Issuing Officer's signature

City and state: Chicago, Illinois

SUSAN E. COX, U.S. MAGISTRATE JUDGE
Printed name and title

Bail fixed at $ _____ by _____
Name of Judicial Officer

### Return

This warrant was received on (date) 4/29/18, and the person was arrested on (date) 4/29/18

at (city and state) Dulles, VA

Date: 4/30/2018

_____
Arresting officer's signature

Brian Ginn, Special Agent, HSI
Printed name and title